

1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

5
                IN THE UNITED STATES DISTRICT COURT FOR THE
6
                      EASTERN DISTRICT OF CALIFORNIA
7

8

9

10 IN RE:                              )    1:06-
                                       )    SW-F-036 SMS
11                                     )    SW-F-037 SMS
   SEARCH WARRANTS AUTHORIZED ON)           SW-F-038 SMS
12                                     )    SW-F-039 SMS
   2810 Tahoe Drive, Merced, CA;)           SW-F-040 SMS
13                                     )    SW-F-041 SMS
   2232 Lobo Avenue, Merced, CA  )           SW-F-042 SMS
14                                     )
   3512 W. Highway 140, Merced,  )           APPLICATION TO UNSEAL SEARCH AND
15 CA;                                 )    SEIZURE WARRANTS, APPLICATIONS,
                                       )    AND AFFIDAVITS, AND SUPPORTING
16 1135 Martin Luther King, Jr.  )           MEMORANDUM
   Way, Merced, CA;                    )
17                                     )
   One 2003 Chevrolet Avalanche,)
18 California License # 7D28291;)
                                       )
19 One 2001 GMC Sierra 6R58878;  )
                                       )
20 One 1999 Honda Odyssey          )
   4RHX993.                            )
21                                     )

22

23      The United States of America hereby applies to this Court for

24 an order unsealing the search and seizure warrants, applications,

25 and affidavits in the above-captioned proceeding.

26      This motion is based on the fact that there is no longer a

27 need to keep these items sealed since the investigation resulted

28 in the arrests and the prosecution of defendants in United States

1

1 | <u>v. Sergio Reynol Padilla, et al.</u>, 1:06-cr-0059 AWI.

2 | Dated: April 17, 2007

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Karen Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney




1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | 1:06 SW-F-036 SMS |
| ) | SW-F-037 SMS |
| SEARCH WARRANTS AUTHORIZED ON ) | SW-F-038 SMS |
| ) | SW-F-039 SMS |
| 2810 Tahoe Drive, Merced, CA; ) | SW-F-040 SMS |
| ) | SW-F-041 SMS |
| 2232 Lobo Avenue, Merced, CA ) | SW-F-042 SMS |
| ) | |
| 3512 W. Highway 140, Merced, ) | ORDER TO UNSEAL SEARCH AND |
| CA; ) | SEIZURE WARRANTS, APPLICATIONS, |
| ) | AND AFFIDAVITS, AND SUPPORTING |
| 1135 Martin Luther King, Jr. ) | MEMORANDUM |
| Way, Merced, CA; ) | |
| ) | |
| One 2003 Chevrolet Avalanche, ) | |
| California License # 7D28291; ) | |
| ) | |
| One 2001 GMC Sierra 6R58878; ) | |
| ) | |
| One 1999 Honda Odyssey ) | |
| 4RHX993. ) | |
| _____) | |

Having considered the government's application to unseal the search and seizure warrants, applications, and affidavits in the above-captioned proceeding,

IT IS HEREBY ORDERED that the search and seizure warrants, applications, and affidavits shall be UNSEALED.

Dated: April 17, 2007

SANDRA M. SNYDER
U.S. Magistrate Judge

1